OPINION — AG — ** ALCOHOLIC BEVERAGES — CONSUMPTION — UNDER AGE OF 21, 18 ** (1) PURSUANT TO 37 O.S. 163.11 [37-163.11] AND 37 O.S. 163.20 [37-163.20], IT IS A CRIME FOR A TAVERN OWNER TO SELL BEER TO ANY PERSON UNDER 21 FOR ON PREMISES CONSUMPTION. HOWEVER, PURSUANT TO 37 O.S. 241 [37-241], 15 O.S. 13 [15-13], 10 O.S. 1101 [10-1101](A) ; ' CRAIG V. BOREN, 97 S.CT. 451 '; ' STATE V. BEVERAGE LICENSE NO. ABL-78-145, ET AL (ISSUED NOVEMBER 17, 1981) AND (STATE V. BEVERAGE LICENSE NO. BEV-75-45,561 P.2d 509) ' IT IS LAWFUL TO SELL BEER TO PERSONS OVER 18 FOR OFF PREMISES CONSUMPTION. (2) ALTHOUGH IT IS A CRIME TO SELL BEER TO PERSONS UNDER THE AGE OF 21 FOR ON PREMISES CONSUMPTION, 37 O.S. 163.11 [37-163.11] AND 37 O.S. 163.20 [37-163.20] [37-163.20], THERE IS NO STATUTE SPECIFICALLY PROSCRIBING THE ACT OF DRINKING BEER ON PREMISES AS A CRIME. IT IS, THEREFORE, NOT A CRIME FOR PERSONS UNDER 21 TO CONSUME BEER IN A TAVERN. CONNALLY, COMMISSIONER OF LABOR OF OKLAHOMA ET AL. V. GENERAL CONST. CO., 46 S.CT. 126, LANZETTA V. NEW JERSEY, 59 S.CT. 618. (3) PURSUANT TO 37 O.S. 163.11 [37-163.11] AND 37 O.S. 163.20 [37-163.20], IF A TAVERN OWNER DOES ALLOW PERSONS UNDER 21 TO CONSUME BEER ON PREMISES, HE IS SUBJECT TO LOSS OF LICENSE OR PERMIT, IN ADDITION TO THE MISDEMEANOR OFFENSE PROSCRIBED BY 37 O.S. 163.20 [37-163.20] (4) PURSUANT TO 37 O.S. 246 [37-246], THE LEGAL AGE FOR CONSUMPTION OF BEER IN A PUBLIC PLACE IS 18 YEARS OF AGE; PROVIDED SUCH PUBLIC PLACES IS 'NOT' A LICENSED DISPENSER OF BEER AS PROVIDED FOR IN 37 O.S. 163.11 [37-163.11] (5) 37 O.S. 163.11 [37-163.11] ESTABLISHES 21 YEARS OF AGE OF PERSONS TO WHICH AN OWNER OR OPERATOR OF AN ESTABLISHMENT MAY SELL BEER FOR ON PREMISES CONSUMPTION. (MINOR, JUVENILE, INTOXICATING LIQUOR, DELINQUENT, PARTIE) CITE: 37 O.S. 246 [37-246], 37 O.S. 245 [37-245], 37 O.S. 241 [37-241], 15 O.S. 13 [15-13] (MICHAEL C. CONAWAY)